# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEPHEN QUALEY,

        Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

        Defendant.

Case No. 2:10-cv-01332-JCM-PAL

**ORDER**

This matter is before the court on the parties' failure to file a joint status report as required in order (Dkt. #3) entered August 6, 2010, regarding removal of this case to federal district court. On August 23, 2010, Allstate filed a signed Statement (Dkt. #8) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., September 28, 2010,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 17th day of September, 2010.

                                                                    Peggy A. Leen
                                                                  United States Magistrate Judge